UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1-22-CV-21384-MGC

ANDREW DELGADO,

        Plaintiff,

v.

CARNIVAL CORPORATION, a
Panamanian Corporation, d/b/a CARNIVAL
CRUISE LINE,

        Defendant.
_____/

## MEDIATION REPORT

The undersigned Mediator hereby reports to the Court the disposition of the mediation of the above captioned action. The mediation was held on December 14, 2022. The disposition is as follows:

__X__    The entire action was resolved at Mediation.

_____    A partial resolution was achieved. Some issues remain for disposition by the Court.

_____    The Mediation was adjourned, and the parties intend to reconvene for Mediation before trial.

_____    An impasse was reached.

Respectfully submitted,

____s/Cori Flam Meltzer____
Cori Flam Meltzer
Florida Bar No. 71889
CFM Mediation, L.L.C.
4600 Sheridan Street, Suite 400
Hollywood, FL 33021
Phone: (954) 554-8412

 Fax:  (954) 989-8033
 Email:  cori@cfmmediation.com

## SERVICE LIST

**Attorneys for Plaintiff**
Spencer M. Aronfeld, Esq.
Matthias M. Hayashi, Esq.
Aronfeld Trial Lawyers
1 Alhambra Plaza, Penthouse
Coral Gables, FL 33134
aivey@aronfeld.com
mhayashi@aronfeld.com
aronfeld@aronfeld.com

**Attorneys for Defendant**
Kassandra Taylor, Esq.
Luis Llamas, Esq.
Jones Walker, LLP
201 S. Biscayne Blvd., Suite 2600
Miami, FL 33131
ktaylor@joneswalker.com
llamas@joneswalker.com